IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

BYRON SMITH,

    Petitioner,

-vs-

ERIC D. WILSON,

    Respondents.                      No. 13-cv-260-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on March 5, 2014, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DENIED**. Petitioner's motion for preliminary and permanent injunctive relief is also **DENIED**. This action is **DISMISSED with prejudice.**

                                        NANCY J. ROSENSTENGEL,
                                        CLERK OF COURT

                                        BY:  *s/Sara Jennings*
                                                  Deputy Clerk

**DATED:** March 5, 2014

Digitally signed by
David R. Herndon
Date: 2014.03.05
14:24:05 -06'00'

**APPROVED:**
        **CHIEF JUDGE**
        **U. S. DISTRICT COURT**